**FILED**

AUG 1 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

BETTY JO NELSON,

    Defendant(s).

No. CR-06-00495-WDB

**ORDER REGARDING APPOINTMENT OF COUNSEL**

    In court on August 10, 2006, I received defendant's financial declaration and questioned her about her economic circumstances. Although she is currently employed, and has some income, she also has significant ongoing expenses. The defendant's husband also has some serious medical expenses. The defendant has one asset of some significance – real estate in which she and her husband share equal interests. While not readily convertible to cash, this asset might later be used at least to contribute toward the cost of her defense. I conclude that it is appropriate to appoint Assistant Federal Public Defender Rebecca Silbert at this time. However, at the end of her case, this Court will re-examine the defendant's financial circumstances to determine what amount, if any, she should contribute to the cost of her defense.

    IT IS SO ORDERED.

Dated: 8-10-06

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to: WDB's Stats, Copy to parties of record by ECF, Financial