1  BARRY J. PORTMAN
   Federal Public Defender
2  REBECCA SULLIVAN SILBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant NELSON
6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        )   No. CR-06-0495 WDB
                                      )
11 |         Plaintiff,                )   STIPULATION AND ORDER
                                      )   CONTINUING DATE FOR STATUS
12 | vs.                               )   APPEARANCE
                                      )
13 | BETTY JO NELSON,                 )   Current Date: September 20, 2006
                                      )   Requested Date: October 19, 2006
14 |         Defendant.                )
   |_____)
15

16     Betty Jo Nelson is charged in a one count information with knowingly converting to her

17 own use money belonging to Social Security.  The Social Security benefits were paid to Ms.

18 Nelson's mother, and continued to be deposited into Ms. Nelson's mother's account after Ms.

19 Nelson's mother died.  The money was transferred to Ms. Nelson by the bank after the account

20 had been inactive for some time.  The parties are currently discussing whether a factual basis

21 exists to believe that Ms. Nelson knew the money was social security money.  Ms. Nelson has

22 submitted a request for a subpoena to the bank.  Due to these discussions, however, the parties

23 are not yet prepared to enter into a plea or set a trial date.  Therefore, the parties jointly request

24 that the next status appearance, currently set for September 20, be continued to October 19.  In

25 addition, the parties desire to exclude time between September 20, 2006 and October 19, 2006

26 under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) because of the ongoing discussions and delays in

1  determining what transpired between the bank and Ms. Nelson.  And, counsel for Ms. Nelson
2  will be out of town on September 28 and 29, and out of the state from October 6 through the 13th,
3  thus making counsel unavailable and providing another basis for excluding time.  The parties
4  stipulate that the ends of justice served by the granting of this continuance outweigh the best
5  interests of the public and Ms. Nelson in a speedy indictment and trial.
6  SO STIPULATED.
7  Date:  9/19/06

    Rebecca Silbert   /S/
8                                                                         Counsel for Ms. Nelson

9
   Date:  9/19/06
10
    Alicia Fenrick   /S/
    Assistant United States Attorney
11

12                                          SIGNATURE ATTESTATION
    I hereby attest that I have on file all holograph signatures indicated by a "conformed"
13  signature ("/S/") within this efiled document.

14                                                      ORDER

15       In light of the stipulation of the parties, and because of the counsel's unavailability, the
16  ongoing discussions, and the delay in determining what transpired between Ms. Nelson and the
17  bank, the Court HEREBY ORDERS that the next status date be continued to October 19, 2006.
18  For these reasons the Court also orders that time be excluded from September 20, 2006 to
19  October 19, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), and finds that the ends of
20  justice served by granting the continuance outweigh the best interests of the public and Ms.
21  Nelson in a speedy indictment and trial.
22  Dated:  September 20, 2006

                                            IT IS SO ORDERED
                                            /s/ Wayne D. Brazil
25                                          Honorable Judge Wayne D. Brazil
                                            Magistrate Judge, United States District Court
                                            Northern District of California
26