KEVIN V. RYAN (CSBN 118321)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Oakland Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

JOSHUA MELLOR
Law Clerk

Ronald V. Dellums Federal Building
1301 Clay Street. Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
Email: shashi.kewalramani@usdoj.gov

Attorneys for Plaintiff

FILED

JAN 1 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> BETTY JO NELSON, <br> Defendant. | No. CR 06-00495 WDB <br><br> STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION |

The parties hereby request that the Court exclude time under the Speedy Trial Act in the above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from January 8, 2007 to January 8, 2008 for deferral of prosecution. The parties agree that pretrial diversion is an appropriate disposition in this matter.

The United States has placed Ms. Nelson on U.S. Attorney's Office diversion for a period of one year for Ms. Nelson to demonstrate good conduct. Accordingly, the parties agree that the

*cc: WDB's Stats Pretrial, Copy to parties via ECF*

prosecution will be deferred for a twelve month period of time for Ms. Nelson to demonstrate good conduct under the conditions of a pretrial diversion program.

SO STIPULATED.

KEVIN V. RYAN
United States Attorney

DATED:   1/10/2007                              /s/
                                    SHASHI KEWALRAMANI
                                    Assistant United States Attorney

DATED:   1/10/2007                              /s/
                                    REBECCA SILBERT
                                    Attorney for Ms. Nelson

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from January 8, 2007 to January 8, 2008 for deferral of prosecution by the United States for the purpose of allowing the defendant to demonstrate good conduct under the conditions of a pretrial diversion program.

DATED: 1/11/07                          WAYNE D. BRAZIL
                                        United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 06-00495 WDB