JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3693
   Facsimile: (510) 637-3724
   E-Mail:   wade.rhyne@usdoj.gov

Attorneys for the United States of America

FILED

DEC 22 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>BETTY JO NELSON,<br><br>   Defendant. | No. CR-06-00495 WDB<br><br>UNITED STATES' MOTION TO DISMISS DEFENDANT BETTY JO NELSON FROM INFORMATION AND [PROPOSED] ORDER |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss Defendant Betty Jo Nelson from the above-captioned information. Pre-Trial Services has notified the

///
///
///
///
///

*cc: Stats, Copy to parties via ECF, Pret-Svcs., US Marshal*

MOTION TO DISMISS
CR-06-00495 WDB

United States that Defendant had successfully completed her pre-trial diversion on March 14, 2008.

DATED: December 21, 2009

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

WADE M. RHYNE
Assistant United States Attorney

## ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss Defendant Betty Jo Nelson from the information in case number CR-06-00495 WDB.

DATED: 12/22/09

HON. TIMOTHY J. BOMMER
United States Magistrate Judge